305

Opinion by WILSON, J. The protest was dismissed.

No. 64654.—J. E. Bernard & Co., Inc. v. United States, protest 59/15612–10287 (Chicago).

Opinion by WILSON, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, OCTOBER 5, 1960

No. 64655.—A. V. Olsson Trading Co., Inc., and Frank P. Dow Co., Inc., et al. v. United States, protests 58/18098, etc. (Portland, Oreg.).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.*, (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

No. 64656.—A. V. Olsson Trading Co. and Frank P. Dow Co. v. United States, protest 59/6834 (Portland, Oreg.).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

No. 64657.—Western Dairy Products, Inc., et al. v. United States, protests 325909–K, etc. (Honolulu).

Opinion by DONLON, J. The protests were dismissed.

BEFORE THE FIRST DIVISION, OCTOBER 6, 1960

No. 64658.—Aldrich Chemical Company, Inc. v. United States, protest 59/12462 (Milwaukee).

WILSON, Judge: The merchandise involved in this protest consists of a product known as "2-methylresorcinol," which was classified under paragraph 27 of the Tariff Act of 1930, as modified, at the rate of 25 per centum ad valorem and 3½¢ per pound as a coal-tar product. Plaintiff claims the merchandise in question properly free of duty under paragraph 1651 of the said act for "Coal-tar products: * * * that are found naturally in coal tar, whether produced or obtained from coal tar or other source, and not specially provided for in paragraph 27 or 28 of Title I of this Act."

Dr. Alfred Bader, owner of the importing company, and conceded to be a qualified chemist, testified on behalf of the plaintiff. He testified that he had